ACCEPTED
01-18-00136-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/25/2018 12:51 PM
CHRISTOPHER PRINE
CLERK

NO. 01-18-00136-CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/25/2018 12:51:28 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| TONYA BAUER, Individually and as Guardian of the Person and Estate of EMILY BAUER, an Incapacitated Person, and WILLIAM BRYANT, | § § § § § | IN THE FIRST |
| *Appellants*, | § § | |
| v. | § § | COURT OF APPEALS |
| GULSHAN ENTERPRISES, INC., BIN ENTERPRISES, INC., | § § § | |
| *Appellee.* | § § | HOUSTON, TEXAS |

**APPELLANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE BRIEF**

TO THE HONORABLE JUSTICES OF THE FIRST COURT OF APPEALS:

Pursuant to TEX. R. APP. P. 10.5(b) and 38.6(d), Appellants Tonya Bauer, individually and as guardian of the person and estate of Emily Bauer, an incapacitated person, and William Bryant ("Appellants") file this Unopposed Motion for Extension of Time to File Brief:

Appellants' brief is due on June 4, 2018. Due to the conflicting briefing deadlines and oral argument settings of Appellants' appellate counsel,[1]

---

[1] No. 18-0258, *Ford, et al . v. Diamond Pharmacy, et al.* (Supreme Court of Texas) (briefing); No. 04-16-00298-CV, *El Caballero Ranch & Laredo Marine LLC v. Grace River Ranch* (Fourth Court of Appeals) (oral argument); No. 18-0181, *Guerra & Moore, et al. v. Cantu* (Supreme

1

Appellants request an additional thirty (30) days to file their brief, which, if granted, would make the brief due on **July 5, 2018.** Appellants conferred with counsel for Appellee Gulshan Enterprises, Inc., and opposing counsel indicated no opposition to this request. This is Appellants' first extension motion.

Respectfully submitted,

**PHIPPS ANDERSON DEACON LLP**
By: */s/ Barry Deacon*
Martin J. Phipps
Texas Bar No. 00791444
Joseph B. Deacon
Texas Bar No. 24096725
Vanessa Y. Cantu
Texas Bar No. 24096630
102 9th Street
San Antonio, Texas 78215
Telephone: (210) 340-9877
Facsimile: (210) 340-9899
mphipps@phippsandersondeacon.com
bdeacon@phippsandersondeacon.com
vcantu@phippsandersondeacon.com

Kimberly S. Keller
Texas Bar No. 24014182
KELLER STOLARCZYK, PLLC
234 W. Bandera Rd., No. 120
Boerne, Texas 78006
Telephone: 830.981.5000
Facsimile: 888.293.8580
kim@kellsto.com
ATTORNEYS FOR APPELLANTS

---

Court of Texas) (briefing); No. 17-0736, *Teal Trading & Dev., LP v. Champee Springs Ranches* (Supreme Court of Texas) (briefing).

## CERTIFICATE OF CONFERENCE & SERVICE

I certify that Appellants' appellate counsel, Kimberly S. Keller conferred with counsel for Appellee Gulshan Enterprises, Inc. by email correspondence, and opposing counsel has agreed to and is unopposed to this request. On May 25, 2018, a copy of this Motion was served on those listed below via this Court's e-notice system.

Nathan M. Rymer                              ***Via Electronic Service***
Laura W. Slay
2801 Post Oak Blvd., Suite 250
Houston, Texas 77056
nrymer@rmjelaw.com
lslay@rmjelaw.com
shellyhart@rmjelaw.com
Attorney for Appellee, Gulshan Enterprises, Inc.


BIN Enterprises, Pro Se                   ***Via Electronic Service***
Attn: Salman Hameed, President
12251 Jones Road
Houston, Texas 77070-5210
salmanukhan786@yahoo.com


                                        */s/ Barry Deacon*
                                          Barry Deacon